IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ENDEL WILLIAMS
1012 Pearl Street
Racine, Wisconsin 53403,

       Plaintiff,

v.

CITY OF RACINE
730 Washington Avenue
Racine, Wisconsin 53403,

       Defendant.

CIVIL ACTION NO. 18 CV 1232

Jury Trial Demanded

---

## DISCLOSURE STATEMENT

The undersigned counsel of record for Endel Williams, Plaintiff, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

(1)    Endel Williams;

(2)    The Plaintiff is not a corporation;

(3)    McDonald & Kloth, LLC shall appear on behalf of the Plaintiff, Endel Williams.

Signed and dated on this 10th day of August, 2018.

                        **MCDONALD & KLOTH, LLC**
                        Attorneys for ENDEL WILLIAMS

           By:   s/Shannon D. McDonald
                  Shannon D. McDonald
                  State Bar No. 1036954
                  1818 N. Farwell Ave.
                  Milwaukee, WI 53202
                  Direct  (414) 403-2161
                  Main   (414) 395-8774
                  Fax    (414) 395-8773
                  sdm@themklaw.com