IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ENDEL WILLIAMS,

    Plaintiff,

                            CIVIL ACTION NO. 18 CV 1232

v.

CITY OF RACINE,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney, Christopher M. Kloth of MCDONALD & KLOTH, LLC, hereby enters his appearance of record for the Plaintiff, Endel Williams, in the above-captioned matter.

Dated on this 14th day of August, 2018.

                                    **MCDONALD & KLOTH, LLC**
                                    Attorneys for Plaintiff

                By:    s/Christopher M. Kloth
                          Christopher M. Kloth
                          WI State Bar No. 1061498
                          MCDONALD & KLOTH, LLC
                          1818 N. Farwell Ave.
                          Milwaukee, WI 53202
                          Direct: (612) 804-0871
                          Office: (414) 395-8774
                          Fax:    (414) 395-8773
                          cmk@themklaw.com