**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

ENDEL WILLIAMS,
     Plaintiff,

                              CIVIL ACTION NO. 18-CV-1232

v.

CITY OF RACINE,
     Defendant.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the City Attorney's Office of the City of Racine, by Attorneys Scott R. Letteney and Marisa L. Roubik, and the law firm of Meissner Tierney Fisher & Nichols S.C., by Attorneys Michael J. Cohen and Garrett A. Soberalski, hereby enter an appearance in the above-captioned case as joint counsel for Defendant City of Racine. We hereby demand that copies of all pleadings, other documents and correspondence be served upon us at our respective offices at 730 Washington Avenue, Room 201, Racine, WI 53403 and 111 East Kilbourn Avenue, 19th Floor, Milwaukee, WI 53202-6622.

Dated this 4th day of September 2018.

CITY ATTORNEY'S OFFICE, CITY OF RACINE

By:    s/Marisa L. Roubik
       Scott R. Letteney, City Attorney
       State Bar No: 1000559
       scott.letteney@cityofracine.org
       Marisa L. Roubik, Assistant City Attorney
       State Bar No: 1094335
       marisa.roubik@cityofracine.org

**Attorneys for Defendant City of Racine**

**City Attorney's Office Mailing Address**
730 Washington Avenue, Room 201

Racine, WI 53403
Phone: (262) 636-9115
Facsimile: (262) 636-9570

                                          MEISSNER TIERNEY FISHER & NICHOLS S.C.

                                          By:    s/Michael J. Cohen
                                                 Michael J. Cohen, Esq.
                                                 State Bar No: 1017787
                                                 mjc@mtfn.com
                                                 Garrett A. Soberalski, Esq.
                                                 State Bar No: 1088611
                                                 gas@mtfn.com

                                          **Attorneys for Defendant City of Racine**

**Meissner Tierney Mailing Address**
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
Phone: (414) 273-1300
Facsimile: (414) 273-5840