# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ENDEL WILLIAMS,
  Plaintiff,

v.                                                      Case No. 18-C-1232

CITY OF RACINE,
  Defendant.

## ORDER RE:
## RESETTING MEDIATION

The matter has been referred to this court for mediation by United States District Judge J.P. Stadtmueller. Based on this referral,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The court will conduct a mediation on **6/14/2019**, at 9:30 AM, in Room 282, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin.

2. Primary counsel who will try the case must be present. A person with full settlement authority also must be present at the conference. This requirement contemplates the presence of a party or, if a corporate entity, an authorized representative of the party. This requirement contemplates having a person present who can settle the case during the course of the conference without consulting a superior.

3. <u>Presettlement Conference Demand and Offer.</u>
   During the May 23, 2019 telephone conference with counsel for the parties, the parties advised the court that they had exchanged their written settlement offer and written settlement demand as required in the court's previous mediation order. These settlement documents were to include a brief explanation by each party of why such settlement is appropriate. Plaintiff's counsel shall send copies of these letters to the court by **June 5, 2019**. These settlement demand and offer documents, which are not part of the record in this case, shall be <u>sent directly to the court's chambers</u> in the following manner: Email, in PDF, to GorencePO@wied.uscourts.gov. These documents are not to be electronically filed, but copies of them are to be provided promptly to all counsel of record.

4. In addition, each party shall send a mediation conference statement <u>directly to the court's chambers</u> in the following manner: Email, in PDF, to GorencePO@wied.uscourts.gov no later than 4:00 P.M. (CT) **6/5/2019**. It will not be part of the record in this case. This mediation statement shall set forth the relevant positions of the parties concerning the relevant issues, and damages. This mediation statement is not to be electronically filed. However, copies of the mediation conference statement are to be provided promptly to all counsel of record. The conference statement shall not exceed five pages in length.

5. A separate <u>ex parte</u> letter indicating the minimum or maximum settlement requirement of each party including damages and attorneys' fees, shall also be sent <u>directly to my chambers</u> in the following manner : Email, in PDF, to GorencePO@wied.uscourts.gov no later than 4:00 P.M. (CT) **6/5/2019**. The <u>ex parte</u> letter will not be part of the record of this case and should not be electronically filed.

6. To promote a full and open discussion, communications occurring during the mediation cannot be used by any party with regard to any aspect of this litigation.

7. Any questions regarding mediation contact Kris Wilson Brah at (414) 297-3419.

Dated at Milwaukee, Wisconsin this 29th day of May, 2019.

                                                   BY THE COURT:
                                                   s/Patricia J. Gorence
                                                   PATRICIA J. GORENCE
                                                   United States Magistrate Judge