# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ENDEL WILLIAMS,

        **Plaintiff,**

  v.                                                               **Case No.** 18-C-471

CITY OF RACINE,

        **Defendant.**

## SETTLEMENT CONFERENCE MINUTES

### HONORABLE PATRICIA J. GORENCE PRESIDING

DATE:                June 14, 2019

TIME COMMENCED: 9:30 a.m.                TIME CONCLUDED: 3:15 p.m.

APPEARANCES:

    PLAINTIFF - Endel Williams with Attorney Shannon D. McDonald
    DEFENDANT - Attorney Michael J. Cohen, Attorney Garrett A. Soberalski,
                   Attorney Marisa L. Roubik, Attorney Scott R. Letteney and
                 Keith E Haas

NOTES:    The court met with the parties to facilitate settlement discussions. The parties are to report back to Judge Gorence on Monday, June 17, 2019, at 1:00 p.m. regarding the status of this matter.